# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-1701
_____

DAVID G. JEMISON and ANN D.
JEMISON,

    Appellants,

    v.

DRAKE ENTERPRISES OF RUSTON,
LLC, a Louisiana limited
liability company, RESOURCE
BANK, and COMMUNITY TRUST
BANK,

    Appellees.

_____

On appeal from the Circuit Court for Walton County.
Jeffrey E. Lewis, Judge.


November 7, 2023

PER CURIAM.

    AFFIRMED.

KELSEY, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Michael J. Henry and Gary A. Shipman of Dunlap & Shipman, P.A., Santa Rosa Beach, for Appellants.

Douglas L. Smith and Gregory J. Philo of Burke Blue, P.A., Panama City, for Appellees.